UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
PETER G HANEY and  
EVA MARIE HANEY  

CASE NO:  3:14-bk-00024-JAF  
Chapter 13

{Debtor/s}
_____/

## ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

This case came before the Court without a hearing upon the Debtors' Motion To Modify Confirmed Plan, dated February 9, 2015, and with changes made upon agreement of the Trustee and Attorney for the Debtors.  The court finds:

1. The Debtors' Motion To Modify Confirmed Plan was served on all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within twenty-one (21) days of the dated service;

2. No party filed an objection within the time permitted;

3. The Court therefore considers the matter unopposed; and

4. The provisions of Section 1329 of the United States Bankruptcy Code have been met.

Accordingly:

**IT IS ORDERED :**

The Debtors' Motion To Modify Confirmed Plan is granted, and the Order Confirming Chapter 13 Plan allowing Claims and Directing Distribution is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

If the Debtor has surrendered collateral in this modification securing a debt to the creditor and the creditor is entitled to file an unsecured deficiency claim, said claim must be filed within 90 days of the date of this order, unless a Motion for Extension of Time is filed for good cause prior to the expiration of the 90 days and granted by this Court. All other provisions of the Order Confirming Chapter 13 Plan Allowing Claims and Directing Distribution entered by this Court on September 24, 2014 shall remain the same and in full force and effect.

DONE and ORDERED in Jacksonville, Florida, this 26th day of March, 2015

_____
JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:
All Interested Parties

Douglas W. Neway, the Chapter 13 Standing Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

# AMENDED EXHIBIT A
## CASE NO: 3:14-bk-00024-JAF
## PETER G HANEY and EVA MARIE HANEY
### Chapter 13

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| | TRUSTEE EXPENSES | Priority | As set by U.S. Trustee | | | |
| | PARKER AND DUFRESNE PA | Priority | $4,000.00 | $4,000.00 | $500.00 | 1 - 8 |
| | | | | | $0.00 | 9 - 60 |
| *Claim Notes:* *No claim filed.* | | | | | | |
| 01 | REGIONS BANK | Secured | $0.00 | $0.00 | $0.00 | |
| 01 | REGIONS BANK | Unsecured | $125,314.56 | $125,314.56 | ProRata | |
| *Claim Notes:* *Lien stripped per court order, allowed as unsecured.* | | | | | | |
| 02 | AMERICAN INFOSOURCE LP | Unsecured | $11,024.78 | $11,024.78 | ProRata | |
| 03 | CAVALRY SPV I LLC | Unsecured | $18,129.97 | $0.00 | ProRata | |
| *Claim Notes:* *Claim Disallowed.* | | | | | | |
| 04 | SUMMIT FINANCIAL CORP | Secured | $23,620.45 | $6,532.80 | $544.40 | 1 - 11 |
| | | | | | $272.20 | 12 - 13 |
| | | | | | $0.00 | 14 - 60 |
| *Claim Notes:* *Collateral Surrendered. In Full Satisfaction.* | | | | | | |
| 05 | AMERICAN INFOSOURCE LP | Unsecured | $184.31 | $0.00 | ProRata | |
| *Claim Notes:* *Claim Disallowed.* | | | | | | |
| 06 | CITIMORTGAGE INC | Secured | $170,275.88 | $170,275.88 | $0.00 | 1 - 7 |
| | | | | | $1,447.82 | 8 - 12 |
| | | | | | $3,396.60 | 13 - 60 |
| 06 | CITIMORTGAGE INC | Secured | $2,000.00 | $2,000.00 | $0.00 | 1 - 8 |
| | | | | | $500.00 | 9 - 12 |
| | | | | | $0.00 | 13 - 60 |
| *Claim Notes:* *Mortgage Gap* | | | | | | |
| 07 | LVNV FUNDING LLC | Unsecured | $3,221.03 | $3,221.03 | ProRata | |
| 08 | NASSAU COUNTY TAX COLLECTOR | Secured | $2,951.20 | $3,020.46 | $0.00 | 1 - 7 |
| | | | | | $504.09 | 8 - 10 |
| | | | | | $504.10 | 11 - 11 |
| | | | | | $1,004.09 | 12 - 12 |
| | | | | | $0.00 | 13 - 60 |

**AMENDED EXHIBIT A**
**CASE NO: 3:14-bk-00024-JAF**
**PETER G HANEY and EVA MARIE HANEY**
**Chapter 13**

### Debtor Payment Schedule

| StartDate | Number of Months | PaymentAmount |
|---|---|---|
| February 2, 2014 | 1 - 7 | $1,160.45 |
| September 2, 2014 | 8 - 12 | $3,764.43 |
| February 2, 2015 | 13 - 13 | $4,209.19 |
| March 2, 2015 | 14 - 60 | $4,589.79 |

Copies to:
Debtors
E Warren Parker Esquire
Douglas W. Neway, Trustee
All Interested Parties